**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JUDICIAL WATCH, INC.,            )<br>                                                    )<br>            Plaintiff,             )<br>                                                    )   C.A. No. 09-1508 (HKK)<br>v.                                                )<br>                                                    )<br>U.S. DEPARTMENT OF       )<br>TREASURY,                             )<br>                                                    )<br>            Defendant.         )<br>_____) | |

**JOINT STATUS REPORT**

The parties, by counsel and pursuant to the Court's February 16, 2010 Minute Order, respectfully submit the following joint status report regarding the Freedom of Information Act ("FOIA") request at issue in this litigation:

1. Pursuant to the Court's November 18, 2009 Minute Order, on January 26, 2010, Plaintiff notified Defendant of the various responsive records withheld under claim of exemption for which no *Vaughn* Index[1] was necessary. With the exception of a small number of issues that the parties have since resolved, Plaintiff also advised Defendant on that same date that it was satisfied with the scope of Defendant's search for responsive records.

2. Pursuant to the Court's February 16, 2010 Minute Order, Defendant produced a draft *Vaughn* Index to Plaintiff on February 23, 2010. Defendant also made a supplemental, discretionary production of responsive records to Plaintiff on that same date.

---

[1]     *See Vaughn v. Rosen*, 523 F.2d 1136 (D.C. Cir. 1975).

3. Plaintiff has been reviewing Defendant's draft *Vaughn* Index in order to determine whether it will challenge Defendant's claims of exemption. Plaintiff has not yet completed its review, but expects to do so within two weeks, or on or before April 6, 2010.

4. Once Plaintiff completes its analysis, the parties anticipate that they will be in a better position to evaluate the need for any additional litigation and/or propose a schedule for the submission of dispositive motions.

5. The parties respectfully submit that they file a further joint status report and/or a briefing schedule for dispositive motions to the Court on or before April 9, 2010.

Dated:  March 23, 2010

JUDICIAL WATCH, INC.

/s/ Paul J. Orfanedes
Paul J. Orfanedes
D.C. Bar No. 429716
Suite 700
501 School Street, S.W.
Washington, DC 20024
Tel:     (202) 646-5172
Fax:    (202) 646-5199
Email: porfanedes@judicialwatch.org

/s/ Jason B. Aldrich
Jason B. Aldrich
D.C. Bar No. 495488
Suite 700
501 School Street, S.W.
Washington, DC 20024
Tel:     (202) 646-5172
Fax:    (202) 646-5199
Email: jaldrich@judicialwatch.org

*Attorneys for Plaintiff*

Respectfully submitted,

TONY WEST
Assistant Attorney General

RONALD C. MACHEN, JR.
United States Attorney

ELIZABETH J. SHAPIRO
Deputy Director

/s/ Teresa M. Schreffler
TERESA M. SCHREFFLER
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, DC  20530
Tel:     (202) 305-7898
Fax:    (202) 616-8470
Email: teresa.m.schreffler@usdoj.gov

*Attorneys for Defendant*