IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No. 09-1508 (HKK) |
| v. ) | |
| ) | |
| U.S. DEPARTMENT OF ) | |
| TREASURY, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

**JOINT STATUS REPORT**

The parties, by counsel and pursuant to the Court's March 25, 2010 Minute Order, respectfully submit the following joint status report regarding the Freedom of Information Act ("FOIA") request at issue in this litigation:

1. Plaintiff has completed its review of Defendant's draft *Vaughn* Index[1] and has informed Defendant of eleven withholdings that Plaintiff intends to challenge. These withholdings are as follows: (1) 000071; (2) 000117; (3) 000275-76; (4) 000296, 000297, and 000466; (5) 000475; 000476; 000477 (Exemption 5 only); (6) 000530-33; (7) 000537-38; (8) 000539-40; (9) 000541-42; (10) the FDIC recommendation; and (11) the Office of the Comptroller of the Currency recommendation. Plaintiff has elected not to challenge the scope of Defendant's search for responsive documents. Consequently, the only issues that remain to be adjudicated are the propriety of the above-referenced withholdings and whether Plaintiff may be eligible for and entitled to an award of attorney's fees.

---

[1] *See Vaughn v. Rosen*, 523 F.2d 1136 (D.C. Cir. 1975).

2. The parties propose the following briefing schedule for summary judgment motions addressed to the above-referenced withholdings:

| | |
|---|---|
| Defendant's Motion | June 14, 2010 |
| Plaintiff's Opposition/Cross-Motion | July 14, 2010 |
| Defendant's Reply/Opposition to Cross-Motion | July 28, 2010 |
| Plaintiff's Reply | August 11, 2010 |

3. Should Plaintiff elect to seek an award of attorney's fees, Plaintiff proposes that any such motion be filed within the time set forth in Rule 54(d)(2) of the Federal Rules of Civil Procedure.

Dated:  April 9, 2010                                    Respectfully submitted,

JUDICIAL WATCH, INC.                                     TONY WEST
                                                         Assistant Attorney General

/s/ Paul J. Orfanedes
Paul J. Orfanedes                                        RONALD C. MACHEN, JR.
D.C. Bar No. 429716                                      United States Attorney
Suite 700
501 School Street, S.W.                                  ELIZABETH J. SHAPIRO
Washington, DC 20024                                     Deputy Director
Tel:    (202) 646-5172
Fax:    (202) 646-5199                                   /s/ Teresa M. Schreffler
Email:  porfanedes@judicialwatch.org                     TERESA M. SCHREFFLER
                                                         Trial Attorney
/s/ Jason B. Aldrich                                     U.S. Department of Justice
Jason B. Aldrich                                         Civil Division, Federal Programs Branch
D.C. Bar No. 495488                                      20 Massachusetts Avenue, N.W.
Suite 700                                                Washington, DC  20530
501 School Street, S.W.                                  Tel:    (202) 305-7898
Washington, DC 20024                                     Fax:    (202) 616-8470
Tel:    (202) 646-5172                                   Email:  teresa.m.schreffler@usdoj.gov
Fax:    (202) 646-5199
Email:  jaldrich@judicialwatch.org                       *Attorneys for Defendant*

*Attorneys for Plaintiff*